**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-01067-CMA-KMT

ELIZABETH SMITH,

    Plaintiff,

v.

TROOPER CHRISTIAN BOLLEN, Colorado State Patrol,

    Defendant.

---

## ORDER GRANTING SUBSTITUTION OF PARTIES AND DISMISSAL WITH PREJUDICE

---

THIS MATTER is before the Court on the parties' Joint Motion to Substitute Defendants and to Dismiss with Prejudice Defendant Christian Bollen (Doc. # 25). The Court, having reviewed the file and being fully advised in the premises, hereby:

ORDERS that the State of Colorado is substituted for Trooper Christian Bollen as Defendant in this matter;

ORDERS that Christian Bollen is DISMISSED WITH PREJUDICE as Defendant in this case;

ORDERS that Christian Bollen's Motion for Partial Summary Judgment (Doc. # 16) is DENIED AS MOOT; and

ORDERS that all subsequent filings shall reflect the substitution of the State of Colorado for Christian Bollen as Defendant in this case.

DATED: June 12, 2015

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge